IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BRADLEY LEWIS, *individually and as Natural Parents of Jordan R. Lewis, deceased*,<br><br>Plaintiff,<br><br>vs.<br><br>CARTERVILLE COMMUNITY UNIT SCHOOL DISTRICT #5, CAMBRIA ILLINOIS POLICE DEPARTMENT, BOB PRUSATOR, KEITH LIDDELL, DENNIS DRUST, ERIK REBSTOCK and 3SCREENS.COM,<br><br>Defendants. | Case No. 14-cv-751-SMY-SCW |

**MEMORANDUM AND ORDER**

This matter comes before the Court on plaintiff Bradley Lewis' motion to dismiss his complaint in its entirety (Doc. 28). Defendants Carterville Community Unit School District #5, Bob Prusator, Keith Liddell, Dennis Drust, Erik Rebstock, and 3Screens.com have filed neither an answer nor a motion for summary judgment. As such, the aforementioned defendants are dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Defendant Cambria Police Department has filed an answer. However, Cambria Police Department consents to Lewis' motion to dismiss. As such, the Court dismisses the complaint against Lewis without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2).

In sum, the Court **DISMISSES** this case in its entirety without prejudice and **DIRECTS** the Clerk of Court to close this case.

**IT IS SO ORDERED.**
**DATED:** October 3, 2014

                                                         s/ Staci M. Yandle
                                                         **STACI M. YANDLE**
                                                         **DISTRICT JUDGE**